IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEREMY J. BOUDOIN**                                                                **PLAINTIFF**

**VS.**                                        **4:18-CV-00408-BRW**

**TERRAL L. HARSSON, individually and
in his official capacity, and JOHN DOES 1-5**                          **DEFENDANTS**

**ORDER**

Based on the Eighth Circuit's June 22, 2020 Order,[1] Defendant's Motion for Summary Judgment (Doc. No. 12) is GRANTED. The June 6, 2019 Order (Doc. No. 21) is VACATED to the extent that it denied summary judgment. This case is DISMISSED.

IT IS SO ORDERED this 29th day of October, 2020.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 27.